IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re: ) | |
| ) | |
| **CENLAR FSB.** ) | |
| ) | **Miscellaneous Proceeding No. 22-00365** |
| **Proceedings to Enforce** ) | |
| **Fed. R. Bank. P. 9036** ) | |

**RESPONSE OF CENLAR, FSB TO COURT'S MARCH 17, 2022 ORDER**

**COMES NOW** Cenlar, FSB ("Cenlar") and responds to the Court's March 17, 2022 *Order Requiring Cenlar FSB To Appear Through Counsel At A Status Conference On 4/11/22* [Doc. 1] (the "Order") and respectfully states that it has complied with the Order by registering with the Bankruptcy Noticing Center, including without limitation registering its name with the associated name and address of CENLAR FSB, ATTN: BK DEPARTMENT, 425 PHILLIPS BLVD, EWING, NJ 08618-1430.

Attached hereto as **Exhibit A** is a completed *Statement Confirming Registration For Electronic Bankruptcy Noticing* executed by Cenlar. Attached hereto as **Exhibit B** is a copy of the confirmation email Cenlar received from the Bankruptcy Noticing Center reflecting that it has completed its registration for electronic noticing, including without limitation the above-referenced name and address.

Cenlar respectfully submits that it has complied in full with the Court's Order.

Respectfully submitted,

By: */s/ Melissa Gutierrez Alonso*

**MELISSA GUTIERREZ ALONSO**
Texas Bar No. 24087648
Fed. I.D. No. 2255351
malonso@bradley.com
600 Travis Street, Suite 4800
Houston, Texas 77002
(713) 576-0300 Telephone
(713) 576-0301 Telecopier
***ATTORNEY FOR CENLAR, FSB***

4892-6999-1446.1