# EXHIBIT B

| | |
|---|---|
| **From:** | usbankruptcycourts@noticingcenter.com |
| **To:** | Broome Jr, James T |
| **Subject:** | [External Email] Your Bankruptcy Notices Login Account 178264-27651 [p-175815048] |
| **Date:** | Wednesday, March 30, 2022 9:24:51 AM |

*** This Email Was Sent From An External Source ***

Welcome to the Bankruptcy Noticing Center services. Your recent account application has been authorized and your login has been activated. You are considered the primary point of contact for this account.

To review your account and make change requests, go to
https://bankruptcynotices.uscourts.gov

We recommend that you create a login for a second account user to provide the BNC with an alternate person to contact in the event of an issue. This does not mean you will get multiple electronic notices for the same case.

If you have any questions, please contact us at ebn@baesystems.com

Username: jtbroome@cenlar.com
Password: ▮▮▮▮▮▮

Sincerely,

The Bankruptcy Noticing Center Support Team
(877) 837-3424
ebn@baesystems.com