United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 08, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-365 |
| CENLAR FSB | § | |

## ORDER CLOSING MISCELLANEOUS PROCEEDING

The statement filed at ECF No. 3 moots this miscellaneous proceeding. The proceeding is closed.

SIGNED 04/08/2022

_____
Marvin Isgur
United States Bankruptcy Judge